No. 1083. BURT *v.* CITY OF PALM SPRINGS, CALIFORNIA. Motion to dispense with printing the petition for writ of certiorari granted. Petition for writ of certiorari to the District Court of Appeal of California, Fourth Appellate District, denied.

No. 641, Misc. MORRIS *v.* ROUSOS. C. A. 10th Cir. Certiorari denied.

No. 1179, Misc. FISHER *v.* UNITED STATES; and
No. 1180, Misc. LINDQUIST *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *John S. Connolly* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States. Reported below: 324 F. 2d 775.

No. 574, Misc. LEE *v.* FLORIDA. District Court of Appeal of Florida, First District. Certiorari denied. *Howard W. Dixon* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 863, Misc. SHIPP *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Vincent Hallinan* and *Carl B. Shapiro* for petitioner. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack E. Goertzen,* Deputy Attorney General, for respondent.

No. 942, Misc. RAYMOND *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *David H. Kubert* for petitioner.